**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed December 5, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00693-CV

### IN RE SWAN NJECT, LLC AND NJECT DISPOSAL, LLC, Relators

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
127th District Court
Harris County, Texas
Trial Court Cause No. 2023-12332**

## MEMORANDUM OPINION

On September 19, 2023, relators Swan Nject, LLC and Nject Disposal, LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators asks this Court to compel the Honorable Ravi K. Sandill, presiding judge of the 127th District Court of Harris County, to vacate the trial court's July 23, 2023 order denying relators' motion to dismiss for *forum non conveniens*.

On November 22, 2023, relators filed a letter advising the Court that a settlement had been reached in the underlying matter, rendering moot relators' request for mandamus relief. Accordingly, we dismiss relators' petition for writ of mandamus as moot.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Hassan.